WILMAR, INC. v. CORSILLO

No. 6 PC.

Case below: 24 N.C. App. 271.

Petition for writ of certiorari to North Carolina Court of Appeals denied 4 February 1975.

YEARWOOD v. YEARWOOD

No. 146 PC.

Case below: 23 N.C. App. 532.

Petition for writ of certiorari to North Carolina Court of Appeals allowed 7 January 1975.